**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

**MOISES ARTURO ESCALANTE MENJIVAR,**

***Petitioner,***

**v.**

**MULLIN et al.,**

***Respondents.***

**Case No. 3:26-cv-10699-GC**

It is So Ordered this 20th day of October, 2026. The Clerk's Office is directed to CLOSE this case.

Georgette Castner

GEORGETTE CASTNER, U.S.D.J.

## NOTICE OF VOLUNTARY DISMISSAL

Petitioner, by and through his undersigned attorney, hereby voluntarily dismisses under FRCP 41(a)(1) without prejudice this action.

Dated: October 19, 2026

*/s/ Cagatay Ersoy*
Cagatay Ersoy, Esq.
*Attorney for Petitioner*
Capitol Law Partn
13873 Park Center Rd STE 152
Herndon, VA 20171
(202) 440-2272